**NOT FOR PUBLICATION**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ELISA VAZQUEZ HERRERA,<br><br>*Plaintiff*,<br><br>v.<br><br>QUALITY CHEVROLET GMC OF ENGLEWOOD, INC.,<br><br>*Defendant*. | Civil Action No. 24-08536<br><br>**ORDER**<br><br>June 30, 2025 |

**SEMPER**, District Judge.

This matter having come before the Court on Plaintiff Elisa Vazquez Herrera's unopposed Motion for Default Judgment (ECF 6) against Defendant Quality Chevrolet GMC of Englewood, Inc. pursuant to Federal Rule of Civil Procedure 55(b)(2), and the Court having considered the submissions of Plaintiff, for the reasons stated in this Court's Opinion dated June 30, 2025,

**IT IS** on this 30 day of June 2025,

**ORDERED** that Plaintiff's Motion for Default Judgment (ECF 6) is **GRANTED**; and it is further

**ORDERED** that Plaintiff shall recover from Defendant $30,320.00 in damages, representing $20,320.00 in back pay and $10,00.00 in compensatory damages; and it is finally

**ORDERED** that Plaintiff's attorney shall file a motion for attorney's fees within thirty (30) days of Defendant's satisfaction of Plaintiff's back pay and compensatory damages.

2

*/s/ Jamel K. Semper*  
**HON. JAMEL K. SEMPER**  
**United States District Judge**

Orig:   Clerk  
cc:      Stacey D. Adams, U.S.M.J.  
          Parties